*Bishop* for petitioner. *Mr. Arthur D. Welton, Jr.* for respondent.

No. 188. LAWRENCE *v.* ILLINOIS. October 8, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Thomas Marshall* for petitioner.

No. 189. NORTHERN TRUST CO. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD; and

No. 190. AMERICAN NATIONAL BANK & TRUST CO. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. October 8, 1945. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. John E. MacLeish* and *Leland K. Neeves* for petitioners in No. 189, and *Messrs. Lewis F. Jacobson* and *David Silbert* for petitioners in No. 190. *Acting Solicitor General Judson, Mr. Alvin J. Rockwell* and *Miss Ruth Weyand* for respondent. Reported below: 148 F. 2d 24.

No. 191. MORGAN *v.* UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Louis H. Yarrut* for petitioner. *Acting Solicitor General Judson, Messrs. Robert S. Erdahl* and *Leon Ulman* for the United States.

No. 194. ABELL ET AL. *v.* ANDERSON, RECEIVER. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Lafon Allen, Percy N. Booth, Edward P. Humphrey, Henry E. McElwain, Jr., Benjamin F. Washer, David R.*